# United States Court of Appeals
## For the First Circuit

No. 22-1674

JACK OWENS, JEFFREY DREES, KATELYN MURPHY, PATRICK MONOLIAN, SCOTT MANN, SEAN HUSSEY, on behalf of themselves and all others similarly situated, JOHN AMIRAULT, PATRICIA BAILEY, RICHARD BARTHELMES, STEPHEN BELLAVIA, STEPHEN C. BELLAVIA, AYRTON BORGES, DANIEL BOURQUE, NOELLE BOWIE-PIERCE, TYLER CALHOUN, CAROLE CARLIN, SCOTT CARROLL, MICHAEL CASALETTO, JAMES CASELLA, DANNY CATANA, KATELYN F. MURPHY CENTORE, ALISON CHARPENTIER, ANDY CHEN, EDMUND CHOI, ROBERT CLEMENTE, CONOR CLOHERTY, KEVIN CO, DAVID CONNELLY, RICHARD CORREALE, NICHOLAS COX, JON CRANNELL, SANDROFF DADAILLE, JOHN DELANEY, CORY D'ENTREMONT, CAMERON DICARLO, SHAWN DILLON, ROBERT DISALVATORE, RICHARD DOHERTY, RUSSELL DONOVAN, KEVIN FERRICK, BLAKE FERRY, EDWARD FITZPATRICK, STEVEN FITZPATRICK, RYAN FORTIER, DAVID FRANZESE, JASON FROIO, MARC GATCOMB, SALVATORE GENNETTI, MICHAEL GIORDANO, EVER GOMEZ, AMANDA GRENIER, CHRIS GRIFFITHS, PHILIP HALLORAN, JUNE F. MCADAM HASSENFRATZ, TRENT HEADLEY, MAUREEN HOLLAND, PAUL HOPKINS, ERIK ISRAELSON, JOSEPH KEEFE, JOHN KELLEY, KEVIN KILLION, PATRICK KINNON, GUSTAVO KRUSCHEWSKY, JEAN LAMOUR, MICHAEL LANGSTON, JOHN LANNI, KEVIN LAW, GEORGE LOPEZ, STEVEN LUBINGER, MICHAEL LUONGO, MARGARET MACDONALD, GEORGE MACKAY, ADAM MAHER, JOSEPH MARTINEZ, RENEE KELLEY-NUSUM, LAWRENCE MCGAHEY, KEVIN MCKENNA, PAUL MCLEOD, ELIJAH MCNEAL, JOHN MEDEIROS, PETER MITCHELL, MICHELET MONTINA, JESUS MONTOYA, STEVEN MULCAHY, STEPHEN MUNYON, BRIAN NEWNAN, STEPHEN NOBLE, ROBERT O'BRIEN, SALVATORE PACI, MICHAEL POLSTON, MICHAEL POWELL, MATTHEW QUINN, JOSHUA REDMOND, JOHN REYNOLDS, WILLIAM ROWE, KEVIN RUSSELL, CAMERON SELFRIDGE, ROBERT SELFRIDGE, KYLE SHAW, KEVIN SHERIDAN, ADAM SIEGEL, DANIEL SYLVA, BRIAN TILLEY, EVAN TUXBURY, ROBERT WADLAND, JOSEPH WALKER, CHARLES WASHINGTON, KENNETH WATKINS, KEITH WILSON, AMANDA F. SELFRIDGE YANOVITCH, DAVID YUNG,

Plaintiffs, Appellees,

v.

CITY OF MALDEN,

Defendant, Appellant.

# JUDGMENT

Entered: October 30, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the matter is remanded for proceedings consistent with the opinion issued this day. Costs shall be taxed in favor of the City of Malden.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Joseph Adam Padolsky, Alison H. Silveira, Barry J. Miller, Timothy J. Buckley