# United States Court of Appeals
## For the First Circuit

# BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 22-1674     Title: Jack Owens et al. v. City of Malden

Filed on behalf of: City of Malden (Defendant-Appellant)

The Clerk is requested to tax the following costs against: Jack Owens et al. (Plaintiffs-Appellees)

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority: N/A

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED ||||||  For internal use only |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00* | | | | | | 500.00 | |
| BRIEF | 10 | 210 | 0.10 | 3.50 | 0.20 | 247.00 | |
| REPLY BRIEF | 10 | 27 | 0.10 | 3.50 | 0.20 | 64.00 | |
| APPENDIX | 6 | 2,178 | 0.10 | 3.50 | 0.20 | 1,329.00 | |
| TOTAL AMOUNT REQUESTED: | | | | | | $2,140.00 | |

I, Timothy J. Buckley, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: *Timothy J. Buckley*     Dated: 11/13/2023

---

*If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.

# United States Court of Appeals
## For the First Circuit

No. 22-1674

JACK OWENS; JEFFREY DREES; KATELYN MURPHY; PATRICK MANOLIAN;

SCOTT MANN; SEAN HUSSEY, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellees,

v.

CITY OF MALDEN.

Defendant - Appellant.

### STATEMENT OF COUNSEL IN SUPPORT OF
### DEFENDANT-APPELLANT CITY OF MALDEN'S BILL OF COSTS ON APPEAL

I, Timothy J. Buckley, one of the counsel for Defendant-Appellant City of Malden, hereby certify that the City of Malden incurred the following costs in the above-captioned appeal:

| | |
|---|---|
| Docket Fee Notice of Appeal: | $505 |
| Opening Brief (vendor printing & binding): | $2,679 |
| Record Appendix (vendor printing & binding): | $5,461.50 ($3,077 + $2,384.50) |
| Reply Brief (vendor printing & binding): | $805 |

The costs reflected in the accompanying Bill of Costs reflect these amounts reduced to the maximum rates allowed by the United States Court of Appeals for the First Circuit.[1] Copies of

---

[1] The City intends to file a Bill of Costs with the District Court, in which the City will seek additional costs, including those contemplated by Fed. Rule App. Proc. 39(e).

305919878v.1

the invoices received from the printing vendor for the City's opening brief and joint appendix, and the City's reply brief, are attached as Exhibit A.[2]

Dated: November 13, 2023

Respectfully submitted,

DEFENDANT-APPELLANT
CITY OF MALDEN

By its attorneys:

*/s/ Timothy J. Buckley*
Barry J. Miller (BBO # 661596)
  bmiller@seyfarth.com
Alison Silveira (BBO # 666814)
  asilveira@seyfarth.com
Timothy Buckley (BBO # 691200)
  tbuckley@seyfarth.com
Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Fax: (617) 946-4801

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I caused this document to be filed electronically with the United States Court of Appeals for the First Circuit by using the CM/ECF system, which will cause an electronic copy to be sent to counsel of record for the Plaintiffs-Appellees.

/s/  Timothy J. Buckley

---

[2] The March 10, 2023 invoice included in Exhibit A includes a deduction $149.50, but it is unclear to what item (or items) that deduction refers. Nonetheless, it is immaterial for present purposes, given the amount that the actual costs exceed the maximum rates permitted by this Court.

# EXHIBIT A

**BATEMAN & SLADE, INC.**
— *The Brief People* —
263 MAIN STREET — SUITE 3
STONEHAM, MASSACHUSETTS 02180
____

EMAIL:BatemanSlade@msn.com                                           (617) 423-5556

Timothy Buckley, Esquire                         March 10, 2023
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028
(617) 946-4800                                   Invoice No. 12644

_____

# United States Court of Appeals
# for the First Circuit
No. 22-1674

| | | |
|---|---|---:|
| JACK OWENS, ET AL. | Print & File: | |
| | Brief | $2,679.00 |
| *v.* | Appellants' App. | 3,077.00 |
| | Appellees' App. | 2,384.50 |
| CITY OF MALDEN | Filing Fee | N/A |
| | TOTAL | $ 8,140 50 |
| | Sales Tax | N/A |
| | Postage | 81.38 |
| | TOTAL | $ 8,221.88 |
| | B&S miscalculated | - 149.50 |
| | Final Total | $ 8,072.38 |

**Federal Tax Identification No.** ███████

*Invoices are due and payable UPON RECEIPT.*

*Thank you for using the Brief People, Bateman & Slade!*

**BATEMAN & SLADE, INC.**

— *The Brief People* —

263 MAIN STREET — SUITE 3
STONEHAM, MASSACHUSETTS 02180

———

EMAIL:BATEMANSLADE@MSN.COM                                      (617) 423-5556

Timothy Buckley, Esquire                           May 30, 2023
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028
(617) 946-4800                                     Invoice No. 12699

_____

# United States Court of Appeals for the First Circuit

No. 22-1674

| | | | |
|---|---|---|---|
| JACK OWENS, ET AL. | Print & File: | | |
| | Reply Brief | $ | 805.00 |
| *v.* | Sales Tax | | N/A |
| | Postage | | 29.80 |
| CITY OF MALDEN | Filing Fee | | N/A |
| | TOTAL | $ | 834.80 |

**Federal Tax Identification No.** ███████████

*Invoices are due and payable **UPON RECEIPT**.*

*Thank you for using the Brief People, Bateman & Slade!*